No. 5925. HIETALA *v.* HEIR OF PAKARINEN. Appeal from Sup. Ct. Minn. dismissed for want of substantial federal question. MR. JUSTICE DOUGLAS and MR. JUSTICE BRENNAN dissent from dismissal of appeal. MR. JUSTICE BLACKMUN took no part in the consideration or decision of this case.

No. 1353. McCANN, DISTRICT ATTORNEY OF MILWAUKEE COUNTY *v.* BABBITZ. Appeal from D. C. E. D. Wis. Judgment vacated and case remanded for reconsideration in light of *Younger* v. *Harris,* 401 U. S. 37; and *Samuels* v. *Mackell* and *Fernandez* v. *Mackell,* 401 U. S. 66. MR. JUSTICE DOUGLAS dissents from the remand.

No. 5029. ROMONTIO *v.* UNITED STATES. C. A. 10th Cir. [Certiorari granted, 400 U. S. 901.] Writ of certiorari dismissed as improvidently granted.

No. 538. SWARB ET AL. *v.* LENNOX ET AL. Appeal from D. C. E. D. Pa. [Probable jurisdiction noted, 401 U. S. 991.] Motion to proceed on original record and motion to dispense with printing appellants' brief on merits granted.

No. 1042. DIFFENDERFER ET AL. *v.* CENTRAL BAPTIST CHURCH OF MIAMI, FLORIDA, INC., ET AL. Appeal from D. C. S. D. Fla. [Probable jurisdiction noted, 401 U. S. 934.] Joint motion to dispense with printing appendix record granted.